Stebbins bajo el nombre de Besosa & Stebbins, Sucr., Demandante Apelante, *v.* Porto Rico Commercial Corporation, Demandada y Apelada.

Corte de Distrito de San Juan, Primer Distrito.

No. 2837.—Resuelto en febrero 29, 1924.

Esta es una acción para recobrar el valor de 25 barriles de tocino que se alegaba era el resto de un lote de 116 barri-

les vendidos por la demandada al demandante. La demandada negó la venta y alegó que había vendido 316 barriles de tocino a Armour & Co. y la reventa por Armour & Co. al demandante de 116 barriles y su entrega. La demanda fué desestimada levantándose varios errores por el demandante: que la corte erró al declarar sin lugar la demanda, en no fallar que la demandada tenía el deber de entregar los 116 barriles de tocino al demandante, en no decidir que existía un contrato de compraventa entre las partes, en que faltaban 10 barriles por entregar y finalmente en que la prueba no sostenía la sentencia.

Hubo prueba oral para demostrar una venta consumada y una entrega interpretativa a Armour & Co. antes de cerrarse el trato con Stebbins; que la demandada permitió que el tocino continuara en su almacén pendiente de distribución a riesgo del comprador y sin responsabilidad para el vendedor.

Considerando todas las circunstancias, no encontró el Tribunal Supremo tal manifiesto error en la apreciación de la prueba referente a la entrega que justifique una revocación de la sentencia apelada, la cual se confirmó.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.